```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
```

_____
                                    :
CLEVELAND BRANDON,                  :
                                    :
        Petitioner,                 :   Civ. No. 20-5598 (NLH)
                                    :
    v.                              :   **MEMORANDUM OPINION & ORDER**
                                    :
                                    :
DAVID E. ORTIZ,                     :
                                    :
        Respondent.                 :
_____:

APPEARANCE:

Cleveland Brandon
91304-038
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner Pro se

Craig Carpenito, United States Attorney
John Francis Basiak, Assistant United States Attorney
U.S. Attorney's Office
402 E. State Street, Room 430
Trenton, NJ 08608

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Cleveland Brandon filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, see ECF No. 1; and

    WHEREAS, the Court ordered the United States to answer the petition, see ECF No. 4; and

WHEREAS, the United States requests an extension of time to submit its answer, ECF No. 7,

THEREFORE, IT IS on this __17th__ day of July, 2020

ORDERED that the United States' request for additional time, ECF No. 7, is granted. The United States may submit its answer by August 7, 2020; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |